# EXHIBIT E

# **AFFIDAVIT OF WALLACE RAKESTRAW**

STATE OF TEXAS          §
                                §

COUNTY OF HARRIS      §

BEFORE ME, the undersigned authority, personally appeared WALLACE RAKESTRAW, known to me to be the person whose name is subscribed to this Affidavit, and who, upon first being duly sworn by me, did under oath depose and say:

1. My name is Wallace "Wally" Rakestraw. I am over 18 years old and have never been convicted of a felony. I am of sound mind and I am fully competent to give this affidavit under oath. The facts contained within this affidavit are within my personal knowledge or have been derived from a review of AISD business records and are true and correct.

2. I am employed by Alief Independent School District as its Director of Desktop Computing and Network Services, and I am the highest-ranking administrator in this Department. I ultimately supervise all employees within the Department of Desktop Computing and Network Services.

3. I am aware of a lawsuit filed by a current AISD employee, Nhuong Truong, alleging that the District discriminated against him on the bases of his race (Asian-American) and his national origin (Vietnamese), and that the District retaliated against him for having allegedly complained internally of discrimination. I deny that I discriminated against or retaliated against Mr. Truong in any manner, and I am unaware of any AISD employee having done so.

4. Mr. Truong is currently employed as a Hardware Service Technician within the Department that I supervise. Ken Cintron is Mr. Truong's direct supervisor in the Department. Mr. Truong's primary job goals, as set forth in his job descriptions, are to repair PC and Macintosh computers, to execute repairs using timing and cost efficient methods, to solve equipment defects swiftly and cost-effectively, and to be responsible for

repairing all technology equipment after certification is achieved.

5. It is my understanding that Mr. Truong alleges that AISD gave preferential treatment to white employees in promotion decisions, including when AISD upgraded Brian Pilgreen to the Manager of Network systems position in 2013. This is not true. I initially recommended that AISD hire Mr. Pilgreen for the position of Campus Technical Support Specialist during the 2003-2004 school year, after Mr. Pilgreen applied and interviewed for that position. Mr. Truong did not apply for this position, and he had never indicated to me that he was interested in the position. For the following school year, AISD posted a vacancy for a LAN Tech Support Specialist, and Mr. Pilgreen submitted an application for this position. I interviewed the candidates for the LAN Tech Support Specialist position, and upon completion of the interview process, I recommended that the District hire Mr. Pilgreen for the position. Mr. Truong did not submit an application for the LAN Tech Support specialist position.

6. Over the course of Mr. Prilgreen's employment with the District, his duties and responsibilities regarding the District's network services continued to grow. Eventually, I determined that Mr. Pilgreen's responsibilities had increased to the point that an upgrade of his position was not only fair, but necessary. I concluded that the District's network operations were experiencing an incredible rate of change and growth, and that the number of current responsibilities and systems supported has exceeded the capacity of the current network team of two network admins. Therefore, on February 22, 2013, I submitted a request to upgrade Mr. Pilgreen's position to Manager of Network Services. I also submitted a request that the District create two Network Support Specialist positions which would report directly to Mr. Pilgreen as the supervising manager. The District approved my requests to upgrade Mr. Pilgreen's position and to create two subordinate positions beginning with the 2013-2014 school year. As this position was never a vacancy but was created as an upgrade to Mr. Pilgreen's then-current position, I did not receive any applications for this position. I am also unaware of Mr. Truong having ever expressed any interest in managing the District's network services.

7.     Mr. Pilgreen had already demonstrated his qualifications for the Manager of Network Systems position during his tenure as a LAN Tech Support Specialist, including coding, designing, and implementing networks and security measures District-wide. Mr. Pilgreen also has a bachelor's degree from Baylor University, thus meeting the "required" qualification of holding a bachelor's degree for the Manager of Network Services position. To the contrary, Mr. Truong has exclusively performed maintenance and repair work on AISD's computer-related hardware since his initial employment in 1987, and I am unaware of Mr. Truong having ever performed any work related to coding, designing, or implementing the District's network and security systems or troubleshooting software and network-related computer issues in AISD in his role as a hardware technician. Further, I am unaware of Mr. Truong having ever obtained a bachelor's degree in any field. Mr. Pilgreen's position prior to his upgrade required him to perform work related to network security and software applications, which Mr. Truong has never performed for the District and has never demonstrated the requisite skills to perform. I do not believe that Mr. Truong was similarly qualified to Mr. Pilgreen for the Manager of Network Systems position at the time that Mr. Pilgreen's position was upgraded in light of their vastly different job duties and job titles as well as their disparate educational and professional backgrounds and work experiences. Accordingly, Mr. Truong would not have been qualified for the Manager of Network System position even if it was a position for which he could have applied.

8.     It is my understanding that Mr. Truong complains that after he filed his first charge of discrimination on or about August 16, 2013, he was not promoted to a Senior Campus Technical Support Specialist position. AISD has not had any vacancies for a Senior Campus Technical Support Specialist position since August of 2013, and it necessarily follows that the District has not hired anyone for this position in the relevant period of time. In any event, a bachelor's degree is a required qualification for any candidate for a Senior Campus Technical Support Specialist position. It is my understanding that Mr. Truong does not possess a bachelor's degree and, therefore, Mr. Truong would not have been a qualified candidate for a Senior Campus Technical Support Specialist position even if such a position had been available in the timeframe of which Mr. Truong complains.

9.      I also understand that Mr. Truong also alleges that in addition to not being promoted to a Senior Campus Technical Support Specialist position that was not available, he was not selected to be promoted to any other position after he filed his charge of discrimination in August of 2013. Fifteen (15) posted positions have been filled in the Department since August of 2013. Specifically, AISD filled six Campus Technical Support Specialist positions, four Network Support Specialist positions, three Help Desk Support Specialist positions, one General Technician position, and one Hardware Repair Technician position (the same position that Mr. Truong holds with the District). Seven of these vacancies were filled internally with candidates whom were already employees of AISD, and all such employees submitted requests to be considered for these specifically posted positions. Truong did not apply for any of the fifteen (15) posted positions that were filled in the Department after he filed his charge of discrimination in August of 2013.

10.     Neither the Senior Campus Technical Support Specialist position (which was not an available position) nor any of the positions described above that AISD filled after August 16, 2013, are considered managerial or "supervisory" positions because these positions do not entail the supervision of other, subordinate employees.

11.     Due to my employment as the Director of Desktop Computing and Network Services for AISD, I am aware of AISD's Board Policies and procedures, and I have personal knowledge regarding certain documents maintained by AISD in its normal course of business. Attached hereto are pages of records from AISD. These pages are kept by AISD in the regular course of business, and it was the regular course of business of AISD for an employee or representative of AISD, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are exact duplicates of the original.

Exhibit E-1 – Hardware Service Technician Job Description

Exhibit E-2 – Mr. Pilgreen's Employment Application

Exhibit E-3 – Technology Personnel Recommendation

Exhibit E-4 – Technology Personnel Recommendation

Exhibit E-5 – Upgrade Position Memorandum

Exhibit E-6 – Personnel Change Summary

Exhibit E-7 – Desktop Computing and Network Services Department Organizational Chart

Exhibit E-8 – Manager of Network Services Job Description

Exhibit E-9 – Department Job Postings for positions filled since August 16, 2013

Exhibit E-10 – Internal requests and applications for transfer for posted positions filled since August 16, 2013

Exhibit E-11 – Mr. Truong's June 11, 2014 Manual Trades Evaluation

12. I have read this affidavit and it is true and correct and all statements therein are within my personal knowledge.

FURTHER AFFIANT SAYETH NOT.

_(signature)_
WALLACE RAKESTRAW

SUBSCRIBED and SWORN TO before me by the said Wallace Rakestraw on the
_10_ day of March 2016.

DEBORAH A. KITSOS
Notary Public, State of Texas
My Commission Expires
February 22, 2018

_Deborah A. Kitsos_
Notary Public in and for the State of Texas

# EXHIBIT E-1

TITLE:              Hardware Service Technician

QUALIFICATIONS:     Associate's degree in a computer related field or recent hardware repair
                    certification concerning late model PC/Macintosh computers and VCR/TVs.
                    Minimum experience of three years in a field repairing late model computers.
                    Background in electronics and repair of electronics.
                    Speaking English only is a requirement of this job. This regulation will ensure
                    effective communication during emergencies and discussion of assignments,
                    work performance, and work rules. The regulation is not applicable during
                    breaks, lunch time, and any other time not directly related to the performance of
                    job duties and emergencies.

REPORTS TO:         Hardware Service Manager

JOB GOAL:           To repair PC and Macintosh computers. To execute repairs using timely and
                    cost efficient methods. To solve equipment defects swiftly and cost-effectively.
                    To be responsible for repairing all technology equipment after certification is
                    achieved.

PERFORMANCE RESPONSIBILITIES:

1.  Attends and passes all district financed certification courses/tests.
2.  Performs all equipment repairs scheduled by hardware service manager.
3.  Performs all preventative maintenance duties scheduled.
4.  Keeps abreast of most recent computer software that the district utilizes at the operating system
    level as well as BIOS configurations.
5.  Applies analytical problem solving skills according to technical reference manuals to solve
    equipment failures in a time and cost-efficient manner.
6.  Performs component and board level repairs as prescribed by hardware service manager.
7.  Assists in installations of new equipment as directed.
8.  Maintains necessary tools/scopes/test equipment necessary for repairs of technology equipment
    that the district chooses to repair in-house.
9.  Installs/repairs equipment in timely manner as prescribed by hardware service manager.
10. Performs all system hardware enhancements/upgrades as directed.
11. Performs other duties as assigned by hardware service manager.


EVALUATION:         Performance of this job will be evaluated in accordance with provisions of the
                    Board's policy on evaluation of classified personnel.


_____        _____
Employee Signature                      Date

                                               Revised: March 2001

# EXHIBIT E-2

**Alief Independent School District**
12302 High Star, Houston, TX 77072
281-988-3456, Toll Free 877-887-2473, ext. 3456, FAX 281-988-3455

## Professional Application – Instructional

| Office Use Only Date Received | Data Card | Campus/Site _Administration_ |
|---|---|---|

Please print or type all information. Do not write "see resume" on any portion of the application.

## Personal Information

Application Date ___7-16-03___       Date available for employment ___After two week notice___

Name ___Pilgreen___  ___Brian___  ___Edward___  SS# ___ -___-___
      Last       First       Middle

Address ___
      Street or PO BOX      City      State      Zip Code

Home telephone number ___281___-___343-7402___   Business ___201___-___630-2023___

Cell phone number ___281___-___630___-___2023___  Email address ___pilgreen@swbell.net___

Please list a contact person below in case we are not able to reach you at the phone numbers above.

Name ___Maggie Pilgreen___       Telephone ___281___-___630-6610___

Are you presently under contract with another school district? Yes _____ No _X_

If yes, when does the contract expire? ___

Do you require our assistance in securing permission to work in the US? Yes ___ No _X_

If yes, please explain. ___

## Position Information

Check all positions for which you are applying.

**Elementary School Teacher**
__Pre K – Kindergarten
__Grades 1-2
__Grades 3-4
__Grade 5
__Bilingual Education
__Special Education
__Other ___

**Intermediate School Teacher**
__Grades 5-6
__Bilingual Education
__Special Education
__Other ___

**Middle School Teacher**
__Grades 6 7 8
__Special Education
__Other ___

**High School Teacher**
__Grades 9 10 11 12
__Special Education
__Other ___

**Support Personnel**
__Administrator
__Associate Psychologist
__Counselor
__Diagnostician
__Librarian
__Nurse
__Speech Pathologist
_X_Other _Desktop and Network Services_

Elementary Education Majors: Write the subject area(s) in which you have 18 or more semester hours (as shown on your transcripts).

___

Secondary Education Majors: Write the area(s) in which you are willing to coach or supervise.

___

Offering Equal Opportunity in Employment and Education Programs

## Educational Background

Write different name(s) used. This information is needed for documentation identification.

High School: Midland High School    Location: Midland, Texas

| College/University Location | Dates Attended | Major | Minor | Type Degree | Year Earned |
|---|---|---|---|---|---|
| Baylor University | 1983-1991 | Religion | Psychology | BA | 1991 |
| Houston Community College | 1999-2000 | Course Credit | Computer Systems | None | NA |

## Certification/License Information

Circle Yes or No to respond to each statement below. If you respond "yes" to any statement, provide additional information as indicated. Also, include supporting documents when application is returned.

| | | I have teacher certification or I have the appropriate license/certificate for a non-teaching position. If yes, include a copy of your certificate or license (front and back if appropriate). Provide information about your certification/license below. IMPORTANT: Temporary permits/certificates, substitute certificates, or city-issued certificates are not acceptable teaching credentials in Texas. | | | |
|---|---|---|---|---|---|
| Yes | (No) | | | | |

| Type of license or certificate | Teaching Field or Area of License | Issue Date | Expiration Date | State |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**Complete this section only if you have Texas teacher certification.**
Has your employment with any Texas school district caused you to be placed on a permit or one year certificate?
Yes _____ No _____

| | | I am currently student teaching or I have just completed student teaching. If yes, send a copy of your most recent transcript. An original transcript with the degree posted is required if hired. |
|---|---|---|
| Yes | No | Proposed area of certification _____ |

| | | I have been accepted in an alternative certification program. If yes, provide information below. Also, include a copy of your acceptance letter from the alternative certification program. |
|---|---|---|
| Yes | No | Name of program _____ |
| | | Proposed area of certification. _____ |

| | | I have been accepted in a university intern program. If yes, provide information below. Also, include a copy of your acceptance letter from the alternative certification program. |
|---|---|---|
| Yes | No | Name of program _____ |
| | | Proposed area of certification. _____ |

| | | I will work to obtain certification through a college-based program (deficiency plan). If yes, you must obtain a deficiency plan from a Texas college/university. Include a copy of your deficiency plan. You may be eligible for an emergency permit. |
|---|---|---|
| Yes | No | Have you obtained a deficiency plan? Yes _____ No _____ |
| | | College/university providing deficiency plan _____ |
| | | Proposed area of certification _____ |

## Student Teaching Experience  Complete this section only if you have no prior full time teaching experience.

| Dates From: Mo Yr | To: Mo Yr | Name of School/School District | Location | Cooperating Teacher | Grade/Subject Taught |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

## Professional Educational Experience  Include full time teaching, school administrative experience, and professional support experience. Beginning with most recent experiences first, list all professional educational experience. Attach an additional sheet if needed.

| Dates From: Mo Yr | To: Mo Yr | Total # of years | School/school district and location (city, state) Principal/supervisor and telephone number (including area code) | Grade or Subject Taught |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## Non-teaching Experience  List, in order, all non-teaching experience beginning with most recent experiences.

| Dates From: Mo | Yr | To: Mo | Yr | Your position or job title | Company/Employer Supervisor and telephone number (including area code) |
|---|---|---|---|---|---|
| 11 | 2000 | Present | | Network Administrator | Trajen Systems – Chris Gill   210- 363 - 4455   210 - 256 - 7080 |
| 12 | 1993 | 11 | 2000 | Program Director | Buckner Children and Family Services   Randy Daniels  214 - 758 - 8000 |
| 03 | 1998 | 11 | 2000 | Consultant/Contractor | Complete Computer Solutions – Randy Welch   281 238 - 8761   832  754 - 8053 |

## List three references  Include administrators and principals or supervisors under whom you have taught or worked and to whom you are well known.  Student teachers should list name of cooperating teacher(s) and university supervisors. NOTE: Former and current administrators and principals or supervisors may be contacted for reference purposes.

| Name, position/title Institution/school district and location (city, state) | Current Phone Number (Including area code) |
|---|---|
| Chris Gill - Network Manager - Trajen Systems - San Antonio, Texas | 210 - 363 - 4455   210 - 256 - 7080 |
| Randy Daniels - Regional Director - Buckner Children and Family Services  Dallas, Texas | 214 - 758 - 8000 |
| Randy Welch - Owner - Complete Computer Solutions - Sugarland, Texas | 281 - 238 - 8761   832 - 754 - 8053 |

Recent graduates only: A current placement file can be used instead of the reference forms supplied with the application. Applicants must have placement folders sent to us. Alief ISD does not request placement folders.

## General Information

Briefly tell why you want to work in the Alief Independent School District.

_I am looking to obtain a position within a service-oriented organization working with professionals who enjoy supporting customers, reaching milestones, and achieving goals._

Have you ever been terminated, non-renewed, or asked to resign by an employer or school district? __Yes X No

If yes, please give name of employer or school district, and the reason(s) for termination, non-renewal, or the request for resignation.

Have you ever been convicted of any crime other than a minor traffic violation? __Yes X No

If yes, please explain including the date and place of arrest and the nature of the charges.

Have you ever been convicted of a felony or any crime involving moral turpitude?* __Yes X No

If answer is yes, please explain.

Have you ever been convicted of a felony or any offense involving moral turpitude and received probation? __Yes X No

If the answer is yes, please explain.

Has any court ever received a plea of guilty or no plea (nolo contendere) from you for any offense? __Yes X No

If yes, please explain.

Has any court ever deferred proceedings without entering a finding of guilty, and placed you on probation?** __Yes X No

If yes, please explain.

Has any court ever placed you on probation for any offense?** __Yes X No

If yes, please explain.

* Moral turpitude is defined as an act of baseness, vileness or depravity in the private and social duties in which a person owes another member of society or society in general and which is contrary to the accepted rules of right and duty between persons. Crimes involving moral turpitude include, but are not limited to theft, attempted theft, murder, rape, swindling, and indecency with a minor.

** The district will review the nature of the offense, the date of the offense, and the relationship between the offense and the position for which the person is applying before making a determination concerning impact upon consideration for employment.

In signing this application, I hereby declare that the information provided by me in connection with my application, whether on this document or not, is true and complete to the best of my knowledge and belief. I understand that any misrepresentation, falsification of facts or failure to disclose information shall be sufficient cause for disqualification of this application and, if I am hired, sufficient cause for me to be terminated from employment. Furthermore, it is understood that this application and records become the property of the District, which reserves the right to accept or reject it. I further agree to observe all rules, regulations, and policies of the District if employed. Alief ISD is given authorization to contact the references and employers listed in this application and release them from any liability and responsibility arising from their doing so. I understand that in accordance with state law, school districts may obtain a criminal record of all applicants for employment and that the Texas Department of Public Safety and/or other law enforcement agencies may be contacted to provide records.

Signature of Applicant                                                       Date 7-16-03

## Alief Independent School District
## Professional Applicant Reference Form

**Applicant:** Provide complete information in this area. Distribute form(s) to most current principal or supervisor. Alief ISD does not mail forms to person providing reference. For recent graduates only, a current placement file can be submitted instead of reference forms. (The applicant must have placement folder sent to Alief ISD.)

APPLICANT'S NAME ___Pilgreed___ ___Brian___ ___Edward___
　　　　　　　　　　　　　Last　　　　　　　　　First　　　　　　　　　Middle

SS # _____  POSITION(S) DESIRED ___Desktop and Network Services___

I have applied for employment in the Alief Independent School District for the position indicated above. I hereby authorize you to give full and complete information below as requested by Alief ISD. In compliance with Texas Open Records Law, and the Federal Education Rights and Privacy Act of 1974, I will be allowed to see this form upon written request.

Applicant's Signature _____ Date _7-16-03_

**Supervisor or Principal:** Complete this section for ALL applicants. Indicate your evaluation of the person named above by marking the appropriate indicator.

| Characteristics | Clearly Outstanding | Exceeds Expectations | Meets Expectations | Below Expectations | Unsatisfactory | No Basis to Judge |
|---|---|---|---|---|---|---|
| Appearance | | X | | | | |
| Punctuality | X | | | | | |
| Dependability | X | | | | | |
| Professional Judgment | X | | | | | |
| Response to Supervision | | X | | | | |
| Enthusiasm | | X | | | | |
| Commitment | X | | | | | |
| Rapport with Peers | X | | | | | |
| Communicates Clearly | | X | | | | |

**Supervisor or Principal:** Complete this section only if person is applying for Teaching/Instructional position(s).

| | | | | | | |
|---|---|---|---|---|---|---|
| Knowledge of subject matter | | | | | | |
| Selection of appropriate objectives | | | | | | |
| Uses variety of instructional methods | | | | | | |
| Handles discipline matters fairly and consistently | | | | | | |
| Maintains positive classroom climate | | | | | | |
| Works well as a part of an instructional team | | | | | | |
| Effective human relation skills with students | | | | | | |
| Effective human relation skills with parents | | | | | | |
| Probable success as a teacher | | | | | | |

**Supervisor or Principal:** Complete the section below for ALL applicants.

Indicate your relationship to the applicant. __Principal __Asnt. Principal __Cooperating Teacher _X_University Supervising Teacher

__Supervisor __ Coworker __Personal Acquaintance __College Professor __Other_____

I have known applicant ___9___ (years) months (circle one).

In considering this person for a position, I would _X_employ without looking further ___consider strongly ___not consider for employment.

Check here if using back of page for additional comments. _____

Signature _Mark Lampe_ Name (please print) _Mark Lampe_
Company/School District _University of the Incarnate Word_ Position _Instructor, school of Business UIW_

Telephone Number _(210) 599-3399  (210)353-4210_ Date _July 16, 2003_

Thank you for providing reference information. Please return form directly to Alief ISD Personnel Services , 12302 High Star, Houston, TX 77072 or FAX to 281/988-3465 or phone 281/988-3456, Toll Free 877-857-2473, extension 3456.

Offering Equal Opportunity in Employment and Education Programs

## Alief Independent School District
## Professional Applicant Reference Form

**Applicant:** Provide complete information in this area. Distribute form(s) to most current principal or supervisor. Alief ISD does not mail forms to person providing reference. For recent graduates only, a current placement file can be submitted instead of reference forms. (The applicant must have placement folder sent to Alief ISD.)

**APPLICANT'S NAME** ___Pilgreo___     ___Brian___     ___Edward___
                            Last                       First                Middle

**SS #** _____ **POSITION(S) DESIRED** ___Desktop and Network Services___

I have applied for employment in the Alief Independent School District for the position indicated above. I hereby authorize you to give full and complete information below as requested by Alief ISD. In compliance with Texas Open Records Law, and the Federal Education Rights and Privacy Act of 1974, I will be allowed to see this form upon written request.

**Applicant's Signature** _____      Date ___7-16-03___

**Supervisor or Principal:** Complete this section for ALL applicants. Indicate your evaluation of the person named above by marking the appropriate indicator.

| Characteristics | Clearly Outstanding | Exceeds Expectations | Meets Expectations | Below Expectations | Unsatisfactory | No Basis to Judge |
|---|---|---|---|---|---|---|
| Appearance | | X | | | | |
| Punctuality | X | | | | | |
| Dependability | X | | | | | |
| Professional Judgment | X | | | | | |
| Response to Supervision | | X | | | | |
| Enthusiasm | X | | | | | |
| Commitment | X | | | | | |
| Rapport with Peers | | X | | | | |
| Communicates Clearly | X | | | | | |
| **Supervisor or Principal:** Complete this section only if person is applying for Teaching/Instructional position(s). | | | | | | |
| Knowledge of subject matter | | | | | | |
| Selection of appropriate objectives | | | | | | |
| Uses variety of instructional methods | | | | | | |
| Handles discipline matters fairly and consistently | | | | | | |
| Maintains positive classroom climate | | | | | | |
| Works well as a part of an instructional team | | | | | | |
| Effective human relation skills with students | | | | | | |
| Effective human relation skills with parents | | | | | | |
| Probable success as a teacher | | | | | | |

**Supervisor or Principal:** Complete the section below for ALL applicants.

Indicate your relationship to the applicant. __Principal __Asnt. Principal __Cooperating Teacher __University Supervising Teacher

__Supervisor __ Coworker __Personal Acquaintance __College Professor __Other_____

I have known applicant ___6___ (years) months (circle one).

In considering this person for a position, I would ✓employ without looking further ___consider strongly ___not consider for employment.

Check here if using back of page for additional comments. _____

Signature ___Brandon Welch___     Name (please print) ___Brandon "Randy" Welch___

Company/School District ___Alief Independent School District___ Position ___PC Technician___

Telephone Number ___(281) 498-8110 Ext. 2532___     Date ___7-22-03___

Thank you for providing reference information. Please return form directly to Alief ISD Personnel Services , 12302 High Star, Houston, TX 77072 or FAX to 281/988-3456 or phone 281/988-3456, Toll Free 877-887-2473, extension 3456.

Offering Equal Opportunity in Employment and Education Programs

## Alief Independent School District
## Professional Applicant Reference Form

**Applicant:** Provide complete information in this area. Distribute form(s) to most current principal or supervisor. Alief ISD does not mail forms to person providing reference. For recent graduates only, a current placement file can be submitted instead of reference forms. (The applicant must have placement folder sent to Alief ISD.)

APPLICANT'S NAME ___Pilgreen___  ___Brian___  ___Edward___
                    Last            First              Middle

SS # _ _____ POSITION(S) DESIRED ___Desktop and Network Services___

I have applied for employment in the Alief Independent School District for the position indicated above. I hereby authorize you to give full and complete information below as requested by Alief ISD. In compliance with Texas Open Records Law, and the Federal Education Rights and Privacy Act of 1974, I will be allowed to see this form upon written request.

Applicant's Signature _____ Date ___7-16-03___

**Supervisor or Principal:** Complete this section for ALL applicants. Indicate your evaluation of the person named above by marking the appropriate indicator.

| Characteristics | Clearly Outstanding | Exceeds Expectations | Meets Expectations | Below Expectations | Unsatisfactory | No Basis to Judge |
|---|---|---|---|---|---|---|
| Appearance | ✓ | | | | | |
| Punctuality | ✓ | | | | | |
| Dependability | ✓ | | | | | |
| Professional Judgment | ✓ | | | | | |
| Response to Supervision | ✓ | | | | | |
| Enthusiasm | ✓ | | | | | |
| Commitment | ✓ | | | | | |
| Rapport with Peers | ✓ | | | | | |
| Communicates Clearly | ✓ | | | | | |

**Supervisor or Principal:** Complete this section only if person is applying for Teaching/Instructional position(s).

| | | | | | | |
|---|---|---|---|---|---|---|
| Knowledge of subject matter | | | | | | |
| Selection of appropriate objectives | | | | | | |
| Uses variety of instructional methods | | | | | | |
| Handles discipline matters fairly and consistently | | | | | | |
| Maintains positive classroom climate | | | | | | |
| Works well as a part of an instructional team | | | | | | |
| Effective human relation skills with students | | | | | | |
| Effective human relation skills with parents | | | | | | |
| Probable success as a teacher | | | | | | |

**Supervisor or Principal:** Complete the section below for ALL applicants.

Indicate your relationship to the applicant. __Principal __Asst. Principal __Cooperating Teacher __University Supervising Teacher

✓Supervisor __Coworker __Personal Acquaintance __College Professor __Other_____

I have known applicant ___10___ (years months) (circle one).

In considering this person for a position, I would ✓employ without looking further ___consider strongly ___not consider for employment.

Check here if using back of page for additional comments. ✓

Signature _____ Name (please print) ___Chris Gill___

Company/School District ___Trajen Systems___ Position ___Network Manager___

Telephone Number ___210-363-4455___ Date ___7-23-03___

Thank you for providing reference information. Please return form directly to Alief ISD Personnel Services , 12302 High Star, Houston, TX 77072 or FAX to 281/988-3455 or phone 281/988-3456, Toll Free 877-887-2473, extension 3456.

Offering Equal Opportunity in Employment and Education Programs

Brian stands head and shoulders above his peers.
He has a passion for computers and technology.
In addition, his character and integrity are the
"extras" that set him apart.

# EXHIBIT E-3



**Alief**
Independent School District

TO:     Rose Hernandez
         Associate Superintendent
         Human Resources

FROM:   Wally Rakestraw
         Director of Desktop Computing and Network Services
         Technology Services

DATE:    October 6, 2003

SUBJECT:    Technology Personnel Recommendation

I would like to make the following recommendation for one of our technology positions
recently posted through Human Resources:

Brian Pilgreen for the position of **"Campus Technical Support Specialist"** effective
October 20, 2003.  This is an AM10-220 day position and we would like to offer at a
salary of $40,500 annually.

C. Woods

**TITLE:** Campus Technical Support Specialist

**QUALIFICATIONS:** Bachelor's degree in a computer related field.
Three years of experience in providing technical support for varying types of technologies which include: PC's, Macintoshes, video systems.
Knowledge of instruction related software and its uses.
Speaking English only is a requirement of this job. This regulation will ensure effective communication during emergencies and discussion of assignments, work performance, and work rules. The regulation is not applicable during breaks, lunch time, and any other time not directly related to the performance of job duties and emergencies.

**JOB GOAL:** To act as the first line of assistance for all campus issues relating to technology. To assist administration as well as the teacher in the daily maintenance of all computers/video systems and other technologies. To ensure that the campuses always designate a staff member to be the first (and last) contact regarding problems related to technology.

**REPORTS TO:** Manager of Campus Technical Support

**PERFORMANCE RESPONSIBILITIES:**

1. Assists campuses in resolving technology related problems, including desktop computers, file servers, networks, video systems.
2. Provides the first line contact between the campus personnel and specialized support by technology services.
3. Assists in the direction of unresolved problems to the appropriate manager and queue in technology services.
4. Maintains detailed records of all requests and problem resolutions.
5. Maintains detailed fixed asset records of campus technology.
6. Provides a solution to all PC/Macintosh related problems or inquiries by hand-on resolutions or by obtaining assistance.
7. Assists with installations of new technology each year.
8. Performs equipment transfers from one person to another including any software transfers (i.e., computers handed down).
9. Performs other duties as assigned by manager of campus technical support.

**EVALUATION:** Performance of this job will be evaluated in accordance with provisions of the Board's policy on evaluation of professional personnel.

_____      10-27-03
Employee Signature                    Date

**Revised: March 2001**

# EXHIBIT E-4

TO:        Rose Hernandez
           Associate Superintendent
           Human Resources

FROM:      Wally Rakestraw
           Director of Desktop Computing and Network Services
           Technology Services

DATE:      June 21, 2004

SUBJECT:   Technology Personnel Recommendation


I would like to make the following recommendation for one of our technology positions recently posted through Human Resources:


Brian Pilgreen for the position of "**LAN Tech Support Specialist**" effective June 28, 2004. This is an AM11-235 day position and we would like to offer at a salary of $50,500 annually.


C. Woods  _____


711552

# EXHIBIT E-5

# PERSONNEL REQUEST FORM

## MEMO

To:        Superintendent/Superintendent's Council

From:     Wally Rakestraw

Date:     2/22/13

RE:    Position Request

_____ **New Position:** _____

       # of positions _____ Pay Grade: _____ Number of Days:_____

_X___ **Upgrade Position:** Network Administrator, LAN to *Manager Network Services*

       From Pay Grade: ___AM13_____ To Pay Grade: __AM14_____

_____ **Change in # of Days for Position:** _____

       From_____      To:_____

Rationale for request (attach additional information if necessary):

- This area of our district technology, Network Operations, is experiencing an incredible rate of change and growth. The number of current responsibilities and systems supported has exceeded the capacity of the current network team of 2 network admins. Leadership with additional responsibility is needed in order to support the number of existing systems as well as to develop the necessary support staff and processes.

- This position would provide necessary leadership, supervision, coordination, and project management in all network operations and related network staff activities.

- Serves as the highest level of leadership and responsibility regarding networking technical resources in the department.

- Responsible for managing and supervising all network design, engineering and support activities.

**Please note: A job description must be attached if the request is for a new position or an upgrade to an existing position.**

---

      Approved: _____    Denied:_____

cc:   **Human Resources**
       **Requesting Department**
       **Deanna Wentz**

**TITLE:** Manager of Network Services

**QUALIFICATIONS:** The Network Manager will have a Bachelor's degree (required) in Computer Science or an equivalent field (preferred) from an accredited university. The candidate should have experience in project management, team leadership, and supervising staff in a fast paced, enterprise network environment. The person should be able to share vision and research emerging technologies as they apply to a rapidly changing k-12 environment. The Network Manager will supervise teams responsible for design, deployment, and maintenance of all district networking technology systems. The candidate should be competent with networking technology including but not limited to: WINS, DNS, DHCP, DFS, TCP/IP, Routing, Internet Access, E-Mail services and Windows Networking. The candidate should be knowledgeable of Unix/Linux and PC's (both DOS/Windows and Macintosh) as well as Novell, Windows Server, Active Directory, Routing protocols and network media. The successful candidate will have a thorough understanding of network protocols and Client/Server technologies, SQL, firewalls, network security systems, enterprise management systems, and network architecture.

**JOB GOAL:** The Network Manager will supervise and coordinate the activities and processes regarding the acquisition, deployment, support, maintenance and monitoring of all district network services and operations. This will include but is not limited to: network design projects, network transport projects, authentication services, mobile services, wireless services, security services, systems monitoring, DNS, DHCP, WINS, DFS, TCP/IP, Windows Servers, Active Directory, Electronic Mail, Routing protocols and schemes, Internet Connectivity and Client/Server applications.

**REPORTS TO:** Director of Desktop Computing and Network Services

**PERFORMANCE RESPONSIBILITIES:**

1. Supervise the design, implementation, management and support of all networks and server related systems and processes.
2. Oversee changes and improvements to the district networks and systems which includes submitting a yearly budget for such changes to Director of Desktop Computing and Network Services.
3. Manage a network team of personnel responsible for providing design, deployment, maintenance and configuration of networking services in Alief ISD.
4. Organize all Network Training classes with the guidance of the Director Desktop & Network Services. This might include actually teaching the network classes.
5. Direct diagnosis and repair of all network related problems that arise regarding network based technology. This includes working with the Network Administrators, to resolve LAN and WAN related problems.
6. Perform other duties as assigned by Director of Desktop Computing and Network Services.

**WORKING CONDITIONS:**
All campuses are temperature controlled with hard surface floors. Job requires physical mobility, standing, prolonged sitting, lifting, carrying, pushing, and pulling (10 pound minimum). Job may also require climbing stairs, stooping, bending and reaching over head. Working conditions may be modified under the Americans with Disabilities Act (ADA) for diagnosed medical conditions.

**EVALUATION:** Performance of this job will be evaluated in accordance with provisions of the Board's policy on evaluation of professional personnel.

_____          _____
Employee Signature                                    Date

Revised: February 2013

# Current Team Structure

**Wally Rakestraw**
Director of Technology Services

**Network Administrator WAN (AM13)**

**Network Administrator LAN (AM13)**

# Proposed Team Structure

**Wally Rakestraw**
Director of Technology Services

**Brian Pilgreen**
Manager of Network Services (AM14)

**Network Administrator WAN (AM13)**

Responsibilities:
Network Architecture
Routers configuration
Switch configuration
Fiber Connectivity
WAN systems Email Systems
Firewall
IDS/IPS
Proxy
Remote Access
WAN Connections to Other Networks
Vendor Access
Security Systems/Access
Packetshaper
Load Balancer
Wireless Systems
IP Addressing
Video Infrastructure

**Network Administrator LAN (AM13)**

Responsibilities:
Systems Architecture
Active Directory
Exchange
Security Systems
Remote access
Authentication services
Firewalls
IDS/IPS
Mobile services
Wireless management
Monitoring Systems
Security Systems/Access
SQL
SharePoint
Microsoft Systems Center
Server Systems

**Network Support Specialist (AM11)**

Responsibilities:
Antivirus
Patching
Scanning
Monitoring
Active Directory
Account management
Share Management
Vendor based server systems
Backup systems

**Network Support Specialist (AM11)**

Responsibilities:
Group membership
Share Management
Hardware setup and config
Systems monitoring
Mobile Devices
Server Systems
Backup operations
Proxy Access
Help Desk Support

# EXHIBIT E-6

# Personnel Change Summary

## General Fund

**Campus Based Position Changes**
**New Positions:**

| | | | |
|---|---|---|---|
| Elementary Specialists | 4.0 | $ 184,000 | *Approved 4/16* |
| Intermediate Specialists | 2.0 | 92,000 | *Approved 4/16* |
| MS Fine Arts Teacher | 6.0 | 275,000 | *Approved 4/16* |
| HS Fine Arts Teacher | 3.0 | 155,000 | *Approved 4/16* |
| HS CTE teachers | 3.0 | 138,000 | *Approved 4/16* |
| College/Career Access Counselor | 4.0 | 255,000 | |
| Parent Liaisons | 5.0 | 117,000 | |
| Instructional Technology Integrators | 3.0 | 138,000 | |
| Itinerant REID Teachers | 2.0 | 92,000 | |
| SOAR Curriculum Specialist | 1.0 | 48,000 | |
| ALC Hall Monitor | 1.0 | 23,000 | |
| Campus Support Techs | 2.0 | 122,000 | |
| **Ratio Based Changes:** | | | |
| Special Ed Teachers | (9.0) | (423,000) | |
| Special Ed Paras | 18.0 | 423,000 | |
| High School Teachers | 4.0 | 184,000 | 19.5:1 - 9th; 22:1 - 10-12 |
| Middle School Teachers | 6.0 | 276,000 | 19:1 |
| Elementary Teachers | (5.5) | (253,000) | 22:1 |
| Intermediate Teachers | 1.0 | 46,000 | 24:1 |
| Elementary Counselors | 2.0 | 126,000 | Campuses over 1,000 |
| Elementary Paraprofessionals | 2.0 | 46,000 | Standard ratios |
| ESL Lead Teachers | 1.0 | 46,000 | YB - Inc in LEP |
| **Total Campus Based Changes** | **55.5** | **2,110,000** | |

**Central Instructional Support positions -**

| | | | |
|---|---|---|---|
| Area Superintendent | 1.0 | 135,000 | *Approved 4/16* |
| Fine Arts Facilitator/Assistant | 1.0 | 47,000 | *Approved 4/16* |
| Family & Community Engagement Coordinator | 1.0 | 77,000 | |
| College and Career Readiness Facilitator | 1.0 | 64,000 | |
| Accountability Coordinator | 1.0 | 77,000 | |
| Pregnancy Related Services Program Manager | 1.0 | 46,000 | |
| Spec Ed Coordinators: Already reduced - Adjust to filled units | (3.0) | (210,000) | |
| Lead Instructional Facilitator - Spec Ed | 1.0 | 54,000 | |
| Reading/Math Facilitator - Spec Ed | 2.0 | 95,000 | |
| **Total Central Instructional Support position changes** | **6.0** | **385,000** | |

**Business Services positions -**

| | | | |
|---|---|---|---|
| MIS Database Specialist | 1.0 | 68,000 | *Approved 4/16* |
| Purchasing Buyer | (1.0) | (38,000) | |
| Purchasing Assistant | (1.0) | (33,000) | |
| Network Support Specialist | 2.0 | 122,000 | |
| School Bus Driver | 7.0 | 99,000 | |
| **Total Business Services position changes** | **8.0** | **218,000** | |
| | | | |
| **Total Staffing Plan Position Changes** | **69.5** | **2,713,000** | |

**Other Changes:**

| | | |
|---|---|---|
| Upgrades | | 232,972 |
| Day Changes | | 101,476 |
| Stipends | | 5,600 |
| **Total Other Changes** | | **340,048** |
| | | |
| **TOTAL - General Fund** | **69.5** | **$ 3,053,048** |

**Federal**

| | | |
|---|---|---|
| Assistant Supervisor – Nutrition | 3.0 | 133,998 |
| Compliance Coordinator | 1.0 | 77,367 |
| **TOTAL- Federal Funds** | **4.0** | **211,365** |
| | | |
| **Grand Total Staffing Plan Changes** | **73.5** | **$ 3,264,413** |

**Other New Positions - Priority 2:**

| | | | |
|---|---|---|---|
| Data Manager | 1.0 | $ | 29,000 |
| Elementary Social Studies Coordinator | 1.0 | | 77,000 |
| **Total Priority 2** | **2.0** | **$** | **106,000** |

**Upgrades:**

| | | | |
|---|---|---|---|
| Police officer to corporal | 1.0 | $ | 2,656 |
| LVN Salary upgrade | 24.0 | | 183,000 |
| Bookkeeper II | 1.0 | | 4,566 |
| Purchasing Secretary | 1.0 | | 3,494 |
| Purchasing Clerk | 1.0 | | 1,968 |
| Crafts II - Kitchen | 1.0 | | 2,215 |
| Crafts II - Carpentry | 1.0 | | 5,803 |
| Groundskeeper | 1.0 | | 4,139 |
| Application Programmer | 2.0 | | 6,014 |
| Police Dispatch Supervisor | 1.0 | | 1,904 |
| Technology Services Secretary | 1.0 | | 2,757 |
| Lead Mechanic | 2.0 | | 4,430 |
| Data Analysis Facilitator | 1.0 | | 3,403 |
| Network Administrator | 1.0 | | 3,631 |
| Assistive Technology Specialist | 1.0 | | 2,992 |
| | **40** | | **232,972** |

**Day Changes:**

| | | | |
|---|---|---|---|
| SOAR Aide:  Upgrade & increase days | 1.0 | | 5,864 |
| ALC workroom Aide:  Upgrade & increase days | 1.0 | | 2,623 |
| MS Asst Principal:  Increase days | 17.0 | | 28,774 |
| PASS Specialists:  Increase days | 5.0 | | 21,455 |
| Revenue Recovery Specialist:  Upgrade & increase days | 3.0 | | 31,169 |
| Educational Diagnostician:  Increase days | 1.0 | | 311 |
| SLP Coordinator:  Increase days - no upgrade | 1.0 | | 11,280 |
| | **29** | | **101,476** |

**Stipends:**

| | | | |
|---|---|---|---|
| MS Lead Counselor | 6.0 | | 3,600 |
| Doctoral Stipend for Asst. Supts. | 2.0 | | 2,000 |
| | **8** | | **5,600** |

# EXHIBIT E-7



**Deputy Superintendent of Business**

Philip Sanderson
Director of Desktop
Computing and Network
Services

**Network Services**

Manager of Network
Services
Brian Pilgreen

Network
Administrator, LAN
vacant

Network Administrator,
WAN
Roberto delaCruz

Network Support
Technicians:
Geoff Alsbury
Jeff Porter
Ross Randall
Tristan Rohrer

**Campus Support**

Manager of
Campus Support
Tina Lee

Campus Support
Technicians:
Bassam Ajjed (Sr.)
Frank Herrera (Sr.)
Jason Covington
Veronica Curtis
Kathy Hansen
Michael Hardiman
Michael Hargrove
Anthony Marquino
Moe Mondeni
Joseph Referente
Charles Reed
Michael Wright
vacant
vacant

**Procurement**

Tech Procurement
Specialist:
Lidia Nasiukiewicz

Secretary
Tracy Straiman

**Helpdesk & Projects**

Manager of Helpdesk &
Projects
Ken Chintori

Helpdesk Technicians:
Mary Helen Garcia
Tom Hazen
Deric Martinez

General Support
Technicians:
Don Brady
Luis Vasco
LaNelda Williams

Hardware
Maintenance:
Mike Truong
vacant

**Desktop Computing and Network
Services Department**
PC and Network Support, Servers, Switching, Internet,
Email, Web Servers, Security

# EXHIBIT E-8

**TITLE:** Manager of Network Services

**QUALIFICATIONS:** Bachelor's degree (required) in computer science or an equivalent field (preferred) from an accredited university.

Experience in project management, team leadership, and supervising staff in a fast paced, enterprise network environment.

Competency in networking technology including but not limited to WINS, DNS, DHCP, DFS, TCP/IP, Routing, Internet Access, E-Mail services, and Windows Networking.

Knowledgeable of Unix/Linux and PCs (both DOS/Windows and Macintosh) as well as Novell, Windows Server, Active Directory, Routing protocols and network media. Thorough understanding of network protocols and Client/Server technologies, SQL, firewalls, network security systems, enterprise management systems, and network architecture.

**JOB GOAL:** Supervise and coordinate the activities and processes regarding the acquisition, deployment, support, maintenance and monitoring of all district network services and operations. This includes but is not limited to network design projects, network transport projects, authentication services, mobile services, wireless services, security services, systems monitoring, DNS, DHCP, WINS, DFS, TCP/IP, Windows Servers, Active Directory, Electronic Mail, Routing protocols and schemes, Internet Connectivity, and Client/Server applications.

**REPORTS TO:** Director of Desktop Computing and Network Services

**PERFORMANCE RESPONSIBILITIES:**

- Supervise the design, implementation, management and support of all networks and server related systems and processes.
- Oversee changes and improvements to the district networks and systems which includes submitting a yearly budget for such changes to Director of Desktop Computing and Network Services.
- Manage a network team of personnel responsible for providing design, deployment, maintenance and configuration of networking services in Alief ISD.
- Organize all Network Training classes with the guidance of the Director of Desktop Computing and Network Services. This might include actually teaching the network classes.
- Direct diagnosis and repair of all network related problems that arise regarding network based technology. This includes working with the Network Administrators to resolve LAN and WAN related problems.
- Performs other duties as assigned by Director of Desktop Computing and Network Services.

**WORKING CONDITIONS:**
All campuses are temperature controlled with hard surface floors. Job requires physical mobility, standing, prolonged sitting, lifting, carrying, pushing, and pulling (10 pound minimum). Job may also require climbing stairs, stooping, bending and reaching over head. Working conditions may be modified under the Americans with Disabilities Act (ADA) for diagnosed medical conditions.

**EVALUATION:** Performance of this job will be evaluated in accordance with provisions of the Board's policy on evaluation of professional personnel.

_____     _____
Employee Signature                   Date 7/3/2013

Pilgreen, Bryan

New: February 2013