United States District Court
Southern District of Texas
**ENTERED**
November 14, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NHUONG TRUONG, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. H-16-00427 |
| | § |
| ALIEF INDEPENDENT SCHOOL DISTRICT, | § |
| | § |
| Defendant. | § |

## FINAL JUDGMENT

Alief Independent School District's motions for dismissal, (Docket Entry Nos. 21, 22), are granted. In accordance with this court's Memorandum and Opinion of today's date, in combination with prior rulings dismissing other claims, this action is dismissed with prejudice. Both parties are to bear their own costs.

This is a final judgment.

SIGNED on November 14, 2016, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge